UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITRIN AUTO AND HOME INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>CONNIE NAMET, MICHAEL NAMET, and SHAWN LUTZ<br><br>            Defendants. | NO. CV-09-0193-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

On November 24, 2009, Plaintiff filed a Voluntary Dismissal Pursuant to Rule 41. (Ct. Rec. 2.) Based Plaintiff's submission, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without fees and costs to any party.

2. This file shall be closed.

3. All pending motions are **DENIED** as moot. All hearings are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___24th___ day of November 2009.

                    s/ Edward F. Shea
                    EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2009\193.Stip.Dismiss.wpd

ORDER ~ 1